**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RECEIVED

04 NOV 23 AM 11: 33

MIDDLE DIST. OF FLORIDA
TAMPA

UNITED STATES OF AMERICA

v.     39034-018

Case No.: 8:99-cr-235-T-30EAJ

SAMUEL DARRYL MATTHEWS

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On August 26, 2004, the United States Attorney and the Defendant SAMUEL DARRYL MATTHEWS appeared in person and with counsel before this Court.

It appearing to the Court that the above named Defendant having heretofore been convicted on June 15, 2001, in the above noted case, of the offense or offenses charged in the indictment filed herein, was placed on supervised release.

It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Order of Supervised Release previously entered herein.

And it is further appearing that the Court finds, after hearing from the Probation Officer and the above named Defendant, that the Defendant has violated the terms of the Order of Supervised Release entered herein on June 15, 2001.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including applicable guidelines and policy statements issued by the Sentencing Commission and has also considered recommendations from the Probation Office. It is, therefore, **ORDERED**

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

and **ADJUDGED** that the Order of Supervised Release entered herein as to the above named Defendant is hereby **REVOKED**.

It is further **ORDERED** and **ADJUDGED** that the above named Defendant is hereby committed to the custody of the Bureau of Prisons **for imprisonment for a period of ELEVEN (11) MONTHS.** While incarcerated, the defendant shall participate in a mental health treatment program. The defendant shall be remanded to the United States Marshal. Defendant shall serve **a TWO (2) YEAR term of supervised release.** All of the previous terms and conditions of defendant's supervised release as ordered in the Judgement and Commitment Order in this case will remain in effect. Furthermore, the Court imposes the following special condition: The defendant shall participate in the Home Detention program for a period of SIX MONTHS. During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this ___30___ day of August, 2004

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office

---

DEFENDANT DELIVERED ON: 11-18-04

BY: ___✓___ (BOP BUS) _____ (USM)

VOLUNTARILY SURRENDERED ON: NA
TO FCC COLEMAN, COLEMAN FL 33521

BY: Carlyle I. Holder, Warden
~~INMATE SYSTEMS MANAGER~~

M. Rudgero, LIE

---

04 NOV 24 PM 12:05
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

FILED